# REGER | RIZZO | DARNALL LLP
### Attorneys at Law

Michael J. Needleman
Partner
mneedleman@regerlaw.com

700 East Gate Drive
Suite 101
Mt. Laurel, NJ 08054

Main:   856.778.8950
Direct: 215.495.6513
Fax:    215.495.6600

December 17, 2024

**VIA: E-FILING**

Honorable Matthew J. Skahill, USMJ
United States District Court of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

      Re:    **Manuel Pontes v. Rowan University**
              **In the United States District Court District of New Jersey**
              **Case No.: 18-CV-17317**

Dear Judge Skahill:

      Please recall this office represents Plaintiff in connection with this matter. This will supplement Plaintiff's earlier submission regarding Defendant's request for sanctions, related to Plaintiffs inability to complete his deposition on January 16, 2023 (Doc. 133). This Court and Defendant will recall, I am sure, that Plaintiff, in fact, sat for his complete deposition within days after this Court lifted the medically necessary stay of 120 days put in place in March 2023.

      Specifically, Nancy Pontes testified on November 25, 2023. She testified that she is a registered nurse, licensed in New Jersey. Further, she testified regarding Plaintiffs inability to attend his deposition on January 16, 2023, as follows:

> [On January 16, 2023, Plaintiff was on a liquid only diet in preparation for an upcoming procedure. His being on a liquid only diet disturbed ~~messed up~~ his fluid balance.] Because of his existing Covid related dysautonomia, the food and electrolytes required to get blood into the brain are already out of balance. A liquid only diet messed up that balance even further. Thus, on January 16, 2023, Plaintiff was in a medical crisis.

      Deposition of Nancy Pontes, excerpts of which are attached, at 110:16–115:1. Thus, notwithstanding Defendants assertion that its request for sanctions is based on some something other than Plaintiffs failure to appear on January 16, 2023, it is in fact, based entirely on Plaintiffs failure to appear for his deposition on January 16, 2023. However, Nancy Pontes's testimony explains this failure in graphic detail. It was not, contrary to Defendant's assertion, motivated by some anarchic disrespect for this Court's orders, but rather because Plaintiff was in the middle of a medical crisis.

Judge Skahill
**Re: Manuel Pontes v. Rowan University**
**In the United States District Court District of New Jersey**
**Case No.: 18-CV-17317**
December 17, 2024
Page 2

      As such, Plaintiff renews his request, stated in his previous request to this Court, that this Court deny defendants request for sanctions immediately.

      Respectfully submitted,

      Reger Rizzo & Darnall LLP

      *Michael J. Needleman /s/*
      Michael J. Needleman, Esquire

MJN/jab
Encl.

109
1  I want to ask you specifically
2  about -- well, actually, before we do that, if
3  you would please, turn to the second page of that
4  document.
5  A.  Of the three or is it 03?
6  Q.  Of three, yes, please.
7  A.  Okay.
8  Q.  On the second page at the very bottom,
9  the last quarter of the page, do you see where it
10 says MJN/AA?
11 A.  It says, excuse me, what?
12 Q.  MJN/AA.
13 A.  Yes.
14 Q.  Do you see where I'm referring?
15 A.  Yes.
16 Q.  The person to whom you made reference
17 before, somebody with a name that started with A,
18 do you recall that?
19 A.  I think so, yes. I mean, I recall it,
20 but, yes, I think her name was A.
21 Q.  Do you recall that testimony?
22 A.  Yes.
23 Q.  Is it possible the person you were
24 referring to, her name was Aneesa?
25 A.  Yes.

110
1  Q.  Yes, it is possible?
2  A.  I believe that's it.
3  Q.  And you believe that's it. Okay. If
4  you would, please, take a look a little further
5  back in Nancy Pontes-3 at -- it is -- well, it's
6  the last three pages of that document.
7  A.  Uh-huh.
8  Q.  Your -- the E-mail communications you
9  and I had back and forth?
10 A.  Uh-huh.
11 Q.  Let's start with the first one,
12 chronologically. That's January 17 of 2023. I'm
13 sorry to make you keep flipping around.
14 A.  I don't know why, it should have been
15 put in that order in the first place.
16 Q.  Yeah. But in any event. Do you see
17 where I'm referring? You sent an E-mail -- it
18 appears to be you sent an E-mail dated January
19 17, 2023 at 2:41 p.m. to me at the Regerlaw.com
20 address. Do you see where I'm referring? I'm
21 talking too fast.
22 A.  Yes.
23 Q.  Is January 17 before or after January
24 16th?
25 A.  After.

111
1  Q.  Now, I am not nearly as well versed in
2  any of the medical information as you are. So
3  I'll ask you to explain some of what you're
4  talking about here.
5  A.  Okay.
6  Q.  In the second full paragraph, it looks
7  like you state -- and please tell me if I get any
8  of this wrong -- "one of the risks is that
9  Manny's long COVID dysautonomia means his brain
10 is not always getting enough blood."
11 A.  Correct.
12 Q.  Have I read that correctly?
13 A.  Uh-huh.
14 Q.  Is that true?
15 A.  That's true.
16 Q.  Is dysautonomia a recognized condition
17 that affects some people dealing with long COVID?
18 A.  Yes, absolutely.
19 Q.  If a person's brain does not always get
20 enough blood, does that affect or can that affect
21 that person's cognitive functions?
22 A.  Possibly.
23 Q.  Your next sentence says "his BP problems
24 have been more stable now that he is on three
25 medications and has changed his fluid intake to

112
1  include an additional 4-6-GMS of salt a day to
2  increase his fluid volume and get the standing
3  fluid balance stabilized." Have I read all that
4  correctly?
5  A.  That's correct. Yes.
6  Q.  BP is what?
7  A.  Blood pressure.
8  Q.  Blood pressure problems.
9  A.  Uh-huh.
10 Q.  What are some of the affects of a blood
11 pressure problem? In other words, what can
12 happen to a person who has blood pressure
13 problems?
14 A.  Specifically, stroke and heart attack
15 are two of the most common problems with -- yo
16 know, that could be deadly.
17 Q.  This may be a silly question, but is it
18 the case that a person caring for another person
19 would not want a stroke or a heart attack to
20 happen?
21 A.  Yes.
22 Q.  Your next sentence begins, "yesterday
23 his being on a liquid only diet messed up his
24 fluid balance stability." Have I read that
25 accurately?

### Page 113

```
1   A.      That's correct, yes.
2   Q.      "Yesterday, his supine BP was
3   dangerously high and his supine BP is normally
4   the lowest BP reading." And then it says,
5   parenthetically, "a characteristic of his subtype
6   of dysautonomia," parenthetically. Have I read
7   that accurately?
8   A.      Yes.
9   Q.      What does that mean, that his being on a
10  liquid only diet messed up his fluid balance
11  stability?
12  A.      Well, with dysautonomia, there's often
13  the blood, it pools in the lower extremities.
14  Q.      Okay.
15  A.      And so, you need to have a certain
16  amount of food and electrolytes and movement to
17  get that blood back up into the brain and into
18  the rest of the body, to the heart, the rest of
19  the body.
20          So that is why they add a lot more
21  salt to someone's diet who has dysautonomia. So
22  that they can -- it sort of forces that blood
23  off. They wear compression hose.
24  Q.      Did you say compression hose?
25  A.      Yes.
```

### Page 114

```
1   Q.      Like on the legs?
2   A.      Yes, on the legs. They do types of
3   resistance, you know, exercise and horizontal
4   exercise to help stabilize them of that. But if
5   you think of dysautonomia, it's kind of like, I
6   guess, in common terms, it's really that it's the
7   accelerator and the brake on the car, would be
8   like your body. And sometimes your body has that
9   flight or fright, and then sometimes it's sort of
10  at a resting state.
11  Q.      Okay. That's a great explanation.
12  A.      And it's out of balance with
13  dysautonomia.
14  Q.      That's a helpful explanation. Thank
15  you. Is it fair to say that when you state
16  "yesterday, his supine BP was dangerously high
17  and his supine BP is normally the lowest BP
18  reading," is it fair to say that you were
19  describing Dr. Pontes?
20  A.      Yes.
21  Q.      And is it also fair to say that you were
22  describing Dr. Pontes in crisis?
23  A.      Yes.
24  Q.      And that he was in some kind of medical
25  crisis?
```

### Page 115

```
1   A.      Uh-huh.
2   Q.      Is it possible that someone, again, in
3   your experience with your expertise, that someone
4   dealing with, in this kind of crisis, I should
5   say, or should ask, would have difficulty
6   accurately conveying information in realtime?
7           MR. MILES: Object to the form of
8   the question. Go ahead.
9   BY MR. NEEDLEMAN:
10  Q.      You can answer.
11  A.      He was probably very stressed and
12  probably had a headache. And sometimes you get
13  blurred vision.
14          And when his blood pressure goes up
15  to that extent, he can get numbness on usually
16  the right side of his face. And inability to
17  really move his legs properly, like he can't
18  drive. And he has trouble with stability,
19  walking.
20  Q.      Okay. Your next sentence in this
21  paragraph, says, "today his BP is still elevated,
22  but better after getting some adjustments from
23  his doctor." Do you see where I'm referring?
24  A.      Uh-huh.
25  Q.      Have I read that accurately?
```

### Page 116

```
1   A.      Yes.
2   Q.      "He is less symptomatic and right now
3   having his colonoscopy." Have I read that
4   accurately?
5   A.      That's correct, yes.
6   Q.      Is it the case that -- and I think you
7   described this before, but I'm going to ask you
8   directly. Is it the case that a person
9   experiencing fluctuations in blood pressure can
10  bring that condition under control with some
11  adjustments?
12          MR. MILES: Objection to the form.
13  BY MR. NEEDLEMAN:
14  Q.      You can answer.
15  A.      Yes.
16  Q.      Are you aware whether Dr. Pontes ever
17  sat for his deposition, ever completed his
18  deposition?
19  A.      Yes, he did.
20  Q.      Do you remember or know when he did
21  that?
22  A.      He finished -- he started it in February
23  and ended it in August.
24  Q.      Was there a stay of proceedings
25  in-between?
```