# BROWN & CONNERY, LLP

ATTORNEYS AT LAW
360 HADDON AVENUE
WESTMONT, NEW JERSEY 08108
(856) 854-8900
FAX (856) 858-4967

Michael J. Miles, Esq.
mmiles@brownconnery.com
Direct Dial: (856) 812-2206

March 21, 2025

*Via Electronic Filing*
Hon. Matthew J. Skahill, U.S.M.J.
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

    Re:    *Manuel Pontes, Ph.D. v. Rowan University*
            Case No. 1:18-cv-17317-ESK-MJS
            Our File No. 19-0315

Dear Judge Skahill:

    This office represents Defendant, Rowan University, in this matter. We are in receipt of the letter filed by Plaintiff's counsel on March 20, 2025. Please accept this letter in response.

    Defendant has already articulated its position on the request for sanctions, *see* ECF Nos. 84, 85, and 134, and writes now only to confirm its position that sanctions are appropriate. Defendant will not add to the Court's docket further on this issue.

    Thank you for Your Honor's time and attention to this matter.

                                     Respectfully submitted,
                                     **BROWN & CONNERY, LLP**

                                     *s/ Michael J. Miles*
                                     Michael J. Miles

cc: Counsel of Record (*via electronic filing*)

7S54532